**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

S.F., E.F., J.S., and R.R., on behalf of themselves and other similarly situated individuals,

*Plaintiffs–Appellants,*

v.

CIGNA HEALTH AND LIFE INSURANCE COMPANY, CIGNA BEHAVIORAL HEALTH, SLALOM INC. HEALTHCARE BENEFIT PLAN, and THE TIDES FOUNDATION HEALTH & WELFARE PLAN,

*Defendants–Appellees.*

No. 24-4062
(D.C. No. 2:23-cv-00213-DAK)

**STIPULATION TO DISMISS**

Pursuant to discussions held under Tenth Circuit Rule 33.1, Federal Rule of Appellate Procedure 42(b)(1), and the agreement of the parties, the undersigned hereby stipulate that the above appeal is dismissed with prejudice. Each party shall bear their own costs on appeal.

Dated: February 7, 2025

Respectfully submitted,

*/s/ Brian S. King*
Brian S. King, Esq.
Samuel M. Hall, Esq.
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739

*/s/ Warren Haskel*
Joshua B. Simon, Esq.
Warren Haskel, Esq.
Richard Diggs, Esq.
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017-3852

brian@briansking.com
samuel@briansking.com

*Counsel for Plaintiffs-Appellants S.F., E.F., J.S., and R.R.*

Telephone: (212) 547-5400
Facsimile: (212) 547-5444
jsimon@mwe.com
whaskel@mwe.com
rdiggs@mwe.com

*Counsel for Defendants-Appellees Cigna Health and Life Insurance Company, Cigna Behavioral Health, Inc., and The Tides Foundation Health & Welfare Plan*

*/s/ Mark A. Nickel*

Mark A. Nickel, Esq.
David Garner, Esq.
**GORDON REES SCULLY MANSUKHANI, LLP**
15 W. South Temple, Suite 1600
Salt Lake City, UT 84111
Telephone: (801) 204-9990
mnickle@grsm.com
dgarner@grsm.com

*Counsel for Defendant-Appellee Slalom Inc. Healthcare Benefit Plan*